## STATE OF CONNECTICUT *v.* JUAN VASQUEZ

### (AC 28144)

Flynn, C. J., and DiPentima and Lavery, Js.

Argued March 19—officially released April 15, 2008

Per Curiam. The judgments are affirmed.

## KEITH CARPENTER *v.* COMMISSIONER OF CORRECTION

### (AC 27844)

Bishop, Beach and Borden, Js.

Argued March 18—officially released April 15, 2008

Per Curiam. The judgment is affirmed.

## EFRAIN CRUZ *v.* COMMISSIONER OF CORRECTION

### (AC 28054)

Bishop, Gruendel and Borden, Js.

Argued March 20—officially released April 22, 2008

Per Curiam. The judgment is affirmed.